IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SHARKNINJA OPERATING LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 19-1935 (CFC) |
| | ) |
| IROBOT CORPORATION, | ) |
| | ) |
| Defendant. | ) |

**DECLARATION OF JACK B. BLUMENFELD IN SUPPORT OF
SHARKNINJA'S MOTION TO ENJOIN DUPLICATIVE LITIGATION**

I, Jack B. Blumenfeld, hereby declare as follows:

1.  I am an attorney licensed to practice law in the State of Delaware. I am a partner in the law firm of Morris, Nichols, Arsht & Tunnell LLP, counsel for Plaintiff SharkNinja Operating LLC ("SharkNinja"). I submit this declaration in support of SharkNinja's motion to enjoin pending, parallel litigation in the District of Massachusetts.

2.  Attached hereto as Exhibit 1 is a true and correct copy of a letter from Ms. Tonya Drake, Assistant General Counsel to iRobot Corporation, sent to SharkNinja on October 7, 2019.

3.  Attached hereto as Exhibit 2 is a true and correct copy of a letter from Tim Johnston, Associate General Counsel to SharkNinja, sent to Ms. Drake on October 11, 2019.

4.  Attached hereto as Exhibit 3 is a true and correct copy of the complaint filed in *iRobot Corporation v. SharkNinja Operating LLC, et al.*, Civ. No. 1:19-cv-12125-ADB, in the United States District Court for the District of Massachusetts, filed on October 15, 2019

5.      Attached hereto as Exhibit 4 is a true and correct copy of a letter from Gregg F. LoCascio, counsel for iRobot Corporation, sent to counsel for SharkNinja on October 15, 2019.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: October 18, 2019, in Wilmington, Delaware

*/s/ Jack B. Blumenfeld*
_____
Jack B. Blumenfeld (#1014)

## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on October 18, 2019, upon the following in the manner indicated:

| | |
|---|---|
| Gregg F. LoCascio Esquire<br>KIRKLAND & ELLIS LLP<br>1301 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20004<br>*Attorneys for Defendant* | *VIA ELECTRONIC MAIL* |

/s/ *Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)